UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 10-21511-CIV-MORENO**

ROYAL BAHAMIAN ASSOCIATION, INC.,

      Plaintiff,

vs.

QBE INSURANCE CORPORATION,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTIONS FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT AND FOR PERMISSION TO BRING WINDO DEVICE AND PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT

      THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Permission to Bring Electronic Equipment **(D.E. No. 167)** and Unopposed Motion for Permission to Bring WinDo Device **(D.E. No. 168)** and Plaintiff's Unopposed Motion for Permission to Bring Electronic Equipment **(D.E. No. 169)**.

      THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

      **ADJUDGED** that the motions are DENIED for the reasons stated in Open Court.

      DONE AND ORDERED in Open Court on November 15, 2010 and signed in Chambers at Miami, Florida, this 16 day of November, 2010.

                            FEDERICO A. MORENO
                            CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record